# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT PASSINEAU,<br><br>         Plaintiff,<br><br>   vs.<br><br>W. OXBORROW, et al.,<br><br>         Defendants. | 1:12-cv-01894-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 12.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS CANTU, OXBORROW, AND RODRIGUEZ FOR EXCESSIVE FORCE, AND AGAINST DEFENDANT CANTU FOR FAILURE TO PROTECT PLAINTIFF, AND DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS |

Brett Passineau ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's original Complaint filed on November 19, 2012.  (Doc. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2013, the Court entered Findings and Recommendations, recommending that this action proceed only against defendants Cantu, Oxborrow, and Rodriguez for excessive force, and against defendant Cantu for failure to protect Plaintiff, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim.  (Doc. 12.) Plaintiff was provided an opportunity to file objections to the Findings and Recommendations

within thirty days.   To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

**III.     CONCLUSION**

Accordingly, THE COURT HEREBY ORDERS that:

1.     The Findings and Recommendations issued by the Magistrate Judge on October 3, 2013, are ADOPTED in full;

2.     This action now proceeds on Plaintiff's original Complaint, filed on November 19, 2012, against defendants Correctional Officer (C/O) E. Cantu, Sergeant W. Oxborrow, and C/O R. Rodriguez for excessive force, and against defendant C/O E. Cantu for failure to protect plaintiff, in violation of the Eighth Amendment;

3.     All remaining claims and defendants are DISMISSED from this action;

4.     Defendant C/O R. Gamboa is DISMISSED from this action based on Plaintiff's failure to state any claims upon which relief may be granted against him under § 1983; and

5.     The Clerk is DIRECTED to reflect the dismissal of defendant Gamboa on the Court's docket.


IT IS SO ORDERED.

Dated:   **November 21, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

2