UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT PASSINEAU,<br><br>              Plaintiff,<br><br>    v.<br><br>W. OXBORROW, et al.,<br><br>              Defendants. | 1:12-cv-01894-LJO-GSA-PC<br><br>ORDER DENYING UNENUMERATED RULE 12(b) MOTION, WITHOUT PREJUDICE, ON PROCEDURAL GROUNDS AND REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING OR MOTION WITHIN THIRTY DAYS<br><br>(Doc. 28.) |

Brett Passineau ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's original Complaint filed on November 19, 2012，against defendants Correctional Officer (C/O) E. Cantu, Sergeant W. Oxborrow, and C/O R. Rodriguez for use of excessive force, and against defendant C/O E. Cantu for failure to protect Plaintiff, in violation of the Eighth Amendment. (Doc. 1.)

On February 27, 2014, defendants Cantu, Oxborrow, and Rodriguez ("Defendants") filed an unenumerated Rule 12(b) motion to dismiss on the ground that Plaintiff failed to exhaust the available administrative remedies.  42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). (Doc. 28.)  Plaintiff has not filed a response to the motion.

On April 3, 2014, the United States Court of Appeals for the Ninth Circuit issued a decision overruling Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003) with respect to the proper procedural device for raising the issue of administrative exhaustion.  Albino v. Baca, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc).  Following the decision in Albino, Defendants may raise the issue of exhaustion in either (1) a motion to dismiss pursuant to Rule 12(b)(6), in the rare event the failure to exhaust is clear on the face of the complaint, or (2) a motion for summary judgment.  Albino, 2014 WL 1317141, at *4 (quotation marks omitted).  An unenumerated Rule 12(b) motion is no longer the proper procedural device for raising the issue of exhaustion.  Id.

Accordingly, in light of the decision in Albino, it is HEREBY ORDERED that:

1. Defendants' unenumerated Rule 12(b) motion, filed on February 27, 2014, is DENIED, without prejudice, on procedural grounds; and

2. Defendants have **thirty (30) days** from the date of service of this order within which to file a responsive pleading or motion.

IT IS SO ORDERED.

Dated:   **April 11, 2014**                        /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE