UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT PASSINEAU,<br><br>    Plaintiff,<br><br>    vs.<br><br>W. OXBORROW, et al.,<br><br>    Defendants. | 1:12-cv-01894-LJO-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST<br>(Doc. 40.)<br><br>ORDER FOR CLERK TO SEND COPY OF COURT'S ORDER TO PLAINTIFF<br>(Doc. 35.) |

    Brett Passineau ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On May 23, 2014, Plaintiff filed a request for the Clerk to mail him a copy of the court's order issued on April 14, 2014. (Doc. 40.) Plaintiff asserts that he never received a copy of the order.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request is GRANTED; and

    2.    The Clerk of Court is directed to send Plaintiff a copy of the court's order issued on April 14, 2014 (Doc. 35).

IT IS SO ORDERED.

    Dated:   **May 29, 2014**          /s/ Gary S. Austin
                                                     UNITED STATES MAGISTRATE JUDGE