UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT PASSINEAU,<br><br>    Plaintiff,<br><br>  vs.<br><br>W. OXBORROW, et al.,<br><br>    Defendants. | 1:12-cv-01894-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Doc. 39.) |

    On May 12, 2014, defendants Cantu, Oxborrow, and Rodriguez ("Defendants") filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies before filing suit. (Doc. 39.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

    Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

    Dated:   **June 10, 2014**                 **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE